JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200 ; Facsimile: (510) 839-3882
E-Mail:   John.burris@johnburrislaw.com

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 - 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
E-Mail: glibet@sbcglobal.net

Attorneys for Plaintiff FREDERICK J. GUMS

GEOFFREY A. BEATY, Esq./ State Bar # 84997
YVETTE DAVIS, Esq./ State Bar # 221247
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
1970 Broadway, Suite 1150
Oakland, CA 94612
Telephone: (510) 465-3922 ; Facsimile: (510) 452-3006
E-Mail:   Gbeaty@rankinlaw.com; Ydavis@rankinlaw.com

Attorneys for Defendants CITY OF OAKLAND; WAYNE G. TUCKER;
MICHAEL VALLADON; ROBERT SILVA-RODRIGUEZ; and MARIA SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK J. GUMS,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation, et al., WAYNE G. TUCKER, in his capacity as Chief of Police for CITY OF OAKLAND; MICHAEL VALLADON; ROBERT SILVA-RODRIGUEZ; and MARIA SANCHEZ, individually, and in their capacity as police officers for CITY OF OAKLAND; and DOES 1-25, inclusive,<br><br>            Defendants.<br>_____/ | Case Number: C-09-05536 CRB (JCS)<br><br>*[Assigned to: The Hon. Charles Breyer, Courtroom 8, 19th Flr.]*<br><br>**STIPULATION AND ~~PROPOSED~~<br>ORDER FOR RE-SCHEDULING OF<br>CASE MANAGEMENT CONFERENCE** |

Stipulation and Proposed Order for Re-Scheduling of Case Management Conference                                   1

## STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. The Settlement Conference in this case has been scheduled today for 12-8-10. Plaintiff's counsel, Ms. Libet, has called and spoken with Ms. Barbara Espinoza, Courtroom Deputy for Judge Charles R. Breyer, on 10-6-10. Ms. Espinoza stated that if counsel file this Stipulation and Proposed Order Judge Breyer would be amenable to re-scheduling the Case Management Conference presently scheduled for 10-15-10 to a date after the Settlement Conference; also stated that 12-17-10 would be a possible date; and stated that either date would be set, or another date amenable to the Court's calendar would be set, without checking first with counsel. Counsel for all parties have confirmed with each other that 12-17-10 would be an available date for them to attend Case Management Conference. Of course, counsel would also attend Case Management Conference should another date be set by the Court.

3. Therefore, the parties request that this Court re-schedule the Case Management Conference presently scheduled for 10-15-10 to a date after the Settlement Conference, either on 12-17-10, or another date amenable to the Court's calendar.

                                      Respectfully submitted,

                                      LAW OFFICES OF GAYLA B. LIBET

Dated: October 6, 2010            By: /s/ _____
                                             GAYLA B. LIBET, Esq.
                                             Attorneys for Plaintiff

                                      LAW OFFICES OF JOHN L. BURRIS

Dated:  October 6, 2010           By: /s/ _____
                                             JOHN L. BURRIS, Esq.
                                             Attorneys for Plaintiff

RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

Dated: October 6, 2010     By: /s/ _____
                               GEOFFREY A. BEATY, Esq.
                               Attorneys for Defendants

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature, indicated as "/s/" within this E-filed document.

Dated: October 6, 2010     By: /s/ _____
                               GAYLA B. LIBET, Esq.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 7, 2010     _____
                           HONORABLE CHARLES R. BREYER
                           United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

Stipulation and Proposed Order for Re-Scheduling of Case Management Conference     3